490 P.2d 975

KAISER STEEL CORPORATION,
Respondent,

v.

PROPERTY APPRAISAL DEPARTMENT,
Petitioner.

No. 9344.

Supreme Court of New Mexico.

Nov. 9, 1971.

Further ordered that the record in Court of Appeals Cause No. 582, 83 N.M. 251, 490 P.2d 968, be and the same is hereby returned to the Clerk of the Court of Appeals.

490 P.2d 975

STATE of New Mexico, Respondent,

v.

Andrew Michael BOGDAN, Petitioner.

No. 9353.

Supreme Court of New Mexico.

Nov. 17, 1971.

Further ordered that the record in Court of Appeals Cause No. 741, 83 N.M. 250, 490 P.2d 967, be and the same is hereby returned to the Clerk of the Court of Appeals.

490 P.2d 975

STATE of New Mexico, Respondent,

v.

Calvin D. WILLIAMS, Petitioner.

No. 9355.

Supreme Court of New Mexico.

Nov. 17, 1971.

Further ordered that the record in Court of Appeals Cause No. 697, 83 N.M. 185, 489 P.2d 1183, be and the same is hereby returned to the Clerk of the Court of Appeals.